# No. 16-4193

_____

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
_____

UNITED STATES,

*Appellee*,

*v.*

DONALD L. BLANKENSHIP,

*Appellant*.

_____

**APPELLANT BLANKENSHIP'S RESPONSE
TO UNITED STATES' MOTION FOR THREE-DAY EXTENSION
OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR RELEASE
PENDING APPEAL, OR, IN THE ALTERNATIVE, TO REQUIRE
DEFENDANT TO COMPLY WITH 20-PAGE LIMIT**
_____

Appellant Donald L. Blankenship, by counsel, takes no position regarding the United States' motion to extend the due date for filing an opposition to Appellant's motion for release pending appeal from today to Monday, April 25th. *See* Doc. 10 (setting April 20th due date). In deciding the requested extension's impact, if any, on the Court's ability to rule on the pending motion before Mr. Blankenship is incarcerated, the Court should be aware of the following.

The Bureau of Prisons has now designated May 12, 2016 as the date for Mr. Blankenship's surrender to a federal penal institution.

The four substantial questions presented and briefed in the pending motion were presented and briefed below – by Appellant on March 31st (Doc. 575), by the United States on April 5th (Doc. 582), and by Appellant in reply on April 5th (Doc. 584). The Court can review the United States' position on the four questions by referring to its opposition to release filed below (Doc. 582).

Regarding Appellant's 33-page motion for release, Appellant filed a separate motion for leave to exceed the usual page limit. That motion explains the justification for granting an extension. The motion for release itself demonstrates that space is not wasted in presenting important questions that arose from a six-week trial. The motion for leave to exceed the page limit should be granted.

Dated: April 20, 2016                    Respectfully submitted,

                                                              /s/ William W. Taylor, III
                                                              William W. Taylor, III
                                                              Blair G. Brown
                                                              Eric R. Delinsky
                                                              ZUCKERMAN SPAEDER LLP
                                                              1800 M Street, NW
                                                              Washington, DC 20036
                                                              202-778-1800 (phone) / 202-841-8106 (fax)
                                                              wtaylor@zuckerman.com
                                                              bbrown@zuckerman.com
                                                              edelinsky@zuckerman.com

                                                              *Counsel for Donald L. Blankenship*

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been electronically filed and service has been made by virtue of such electronic filing this 20th day of April, 2016 on:

Steven R. Ruby
Gabriele Wohl
U.S. Attorney's Office
P.O. Box 1713
Charleston, WV 25326-1713

R. Gregory McVey
U.S. Attorney's Office
845 Fifth Avenue, Room 209
Huntington, WV 25701

                                                 */s/ William W. Taylor*
                                                 William W. Taylor, III