FILED: May 12, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-4193
(5:14-cr-00244-1)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

DONALD L. BLANKENSHIP

  Defendant - Appellant

_____

O R D E R

_____

  Upon review of submissions relative to the motion for release pending appeal, the court denies the motion.

  Entered at the direction of Judge Gregory with the concurrence of Judge Wynn and Senior Judge Davis.

              For the Court

              /s/ Patricia S. Connor, Clerk